# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENDRICK T. BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77716

FILED

JAN 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se petition seeks a writ of mandamus directing the district court to dismiss felony charges pending against petitioner. Because petitioner can raise the issues in the petition on appeal from a judgment of conviction in the event he is convicted, *see* NRS 177.015(3), he has a speedy and adequate remedy that precludes writ relief, *see* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). We therefore decline to exercise our discretion to consider the petition. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-02842

cc: Kendrick T. Brown
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

